**Opinion filed October 31, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00269-CV

_____

## TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant
## V.
## BRIAN SHERMAN COLTER A/K/A BRIAN COULTER, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 49,989-A**

## M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss this appeal. Appellant no longer wishes to pursue this appeal and asks that this court dismiss its appeal. In accordance with Appellant's request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion is granted, and the appeal is dismissed.


October 31, 2018                                    PER CURIAM

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.